IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BONNIE NICHOLS, as Independent Administrator of the ESTATE OF ODDIE BIBBS, deceased,**

    **Plaintiff,**

vs.

**CAHOKIA NURSING AND REHABILITATION CENTER; SW FINANCIAL SERVICES COMPANY f/k/a SW MANAGEMENT COMPANY; EILEEN HOAG, RD, LD; GENERAL MEDICINE, PC, GENERAL MEDICINE OF ILLINOIS NURSE PRACTITIONERS, PC, GENERAL MEDICINE OF ILLINOIS PHYSICIANS, PC (THE GENERAL DEFENDANTS); CATRINA VANDELOO, NP; TRACY DIETZ, FNP; and DR. JOHN MAGNER,**

    **Defendants.**

No. 18-CV-1216-DRH-RJD

## ORDER

**HERNDON, District Judge:**

Presently before the Court is the Motion to Substitute the United States of America as defendant (doc. 7). Defendant John Magner, M.D., and the United States of America, by and through their attorneys, request that the United States of America be substituted for defendant Magner and that defendant Magner be dismissed with prejudice. *Id.* The Court, being fully advised of the premises in

1

this matter and pursuant to 42 U.S.C. § 233, **GRANTS** the motion (doc. 7). Defendant John Magner, M.D. is dismissed from this lawsuit with prejudice. Furthermore, the United States of America is substituted as a defendant. The Court **DIRECTS** the Clerk of the Court to update the docket sheet to reflect the change effected by the Order.

    **IT IS SO ORDERED.**

Judge Herndon
2018.06.15
14:57:03 -05'00'

**United States District Judge**